# Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

    v.

JOHN DOE,
*Subscriber Assigned IP Address 71.191.135.185*,

    Defendant.

Civil Action No. TDC-18-0398

## *EX PARTE* NOTICE OF CURRENT ADDRESS

    I, _____, am identified as John Doe and IP
                         (full name)

Address # _____ in the above-captioned matter and intend to

represent myself. Under Local Rule 102.1(b)(iii), I hereby advise the Clerk of Court that my

current address is as follows:

_____

_____.

    In accordance with the Court's Order, I understand this information will be docketed as

an *ex parte* submission so that only court personnel, and not Plaintiff, will be able to view this

information.

_____                                                    _____
Date                                                                            Signature