**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 71.191.135.185, ) <br> ) <br>     Defendant. ) <br> ) | Civil Case No. 8:18-cv-00398-TDC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.191.135.185, are voluntarily dismissed with prejudice.

Dated:  May 4, 2018                              Respectfully submitted,

                                                      By:  /s/ *Jessica Haire*
                                                      Jessica Haire, Esq.
                                                      jhaire@foxrothschild.com
                                                      Fox Rothschild LLP
                                                      1030 15th Street, NW
                                                      Suite 380 East
                                                      Washington, DC 20005
                                                      Tel.: (202) 461-3100
                                                      Fax: (202) 461-3102
                                                      www.foxrothschild.com