**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN DOE,<br>*Subscriber Assigned IP Address 71.191.135.185*,<br><br>     Defendant. | Civil Action No. TDC-18-0398 |

**ORDER**

On May 4, 2018, Plaintiff Strike 3 Holdings, LLC filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  ECF No. 9.  The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.


Date:  May 9, 2018                                          /s/
                                                THEODORE D. CHUANG
                                                United States District Judge